

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00488-CV

**SHENANDOAH CHURCH OF CHRIST**,
Appellant

v.

Gabriel **RODRIGUEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10952
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Gabriel Rodriguez recover his costs of appeal from appellant Shenandoah Church of Christ.

SIGNED November 25, 2020.

_____
Beth Watkins, Justice